### In re James W. BIONDI and Aaron Fand, (Real Party in Interest Cardiopulmonary Corporation).

#### No. 2012–1300.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2012.

John J. Cotter, K & L Gates LLP, of Boston, Massachusetts, argued for appel-

lants. With him on the brief was Thomas A. Turano.

Meredith H. Schoenfeld, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, Nathan K. Kelley and Robert J. McManus, Associate Solicitors.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**